254 So.2d 466

**Thelma MULL, Wife of and Frank Mull**

v.

**Joseph A. BURKHARDT, Jr., et al.**

**No. 51878.**

Nov. 30, 1971.

In re: Joseph Burkhardt, Jr., and Grain Dealers Mutual Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 252 So.2d 475.

Writ denied. On the facts found by the Court of Appeal, the result is correct.

254 So.2d 466

**STATE of Louisiana**

v.

**Robert L. PARISH.**

**No. 51922.**

Nov. 30, 1971.

In re: Robert L. Parish applying for writs of certiorari, prohibition and mandamus.

Writ denied. The showing made does not warrant the exercise of our supervisory jurisdiction.